HANNAH ZAHLER, Appellant, v. DAVID S. ZAHLER, Respondent.—

926

[redacted]

Beldock, P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.